# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALLEN COVEY,<br><br>Plaintiff,<br><br>v.<br><br>IBERDEMAJ, *et al.*,<br><br>Defendants. | Case No.: 1:25-cv-00477-KES-BAM (PC)<br><br>ORDER DENYING RENEWED MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 9) |

Plaintiff Charles Allen Covey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On April 25, 2025, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 5.)

On June 4, 2025, Plaintiff filed a first amended complaint and a renewed motion to proceed *in forma pauperis*. (ECF Nos. 8, 9.) As the Court has already granted Plaintiff's request to proceed *in forma pauperis*, the instant motion, (ECF No. 9), is HEREBY DENIED as moot. The first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **June 6, 2025**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

1