**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ALLEN COVEY, | No. 1:25-cv-0477 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| IBERDEMAJ, *et al.*, | Doc. 16 |
| Defendants. | |

Charles Allen Covey asserts he suffered violations of his civil rights at Valley State Prison, raising claims related to a hernia examination on July 30, 2018. Doc. 13. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 16. The magistrate judge found the claims raised under 42 U.S.C. § 1983 were time-barred under the appliable statute of limitations, and recommended dismal of those claims with prejudice. *Id.* at 3-7. The magistrate judge noted it appeared Covey also raised state law claims and recommended the Court decline supplemental jurisdiction over such claims. *Id.* at 7.

On March 3, 2026, the Court served the findings and recommendations on Covey and informed him that any objections were due within 14 days. Doc. 16 at 8. The Court also advised that the failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Covey did not file objections, and the time to do so expired.

1

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

The Court **ORDERS**:

1. The findings and recommendations issued on March 3, 2026 (Doc. 16) are **ADOPTED** in full.

2. Plaintiff's § 1983 claims are **DISMISSED** with prejudice as barred by the applicable statute of limitations.

3. The Court **DECLINES** supplemental jurisdiction over the related state law claims, and the claims under state law are **DISMISSED** without prejudice.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    April 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2